**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7864**

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

          v.

FRANCISCO BRYAN, a/k/a Panama, a/k/a James Enrique, a/k/a
Enrique James,

               Defendant – Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (5:94-cr-00068-F)

Submitted:  December 15, 2009      Decided:  December 22, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Francisco Bryan, Appellant Pro Se.  George Edward Bell Holding,
United States Attorney, Rudolf A. Renfer, Jr., Assistant United
States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Bryan appeals the district court's order granting his motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bryan</u>, No. 5:94-cr-00068-F (E.D.N.C. Sept. 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>